IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARIAN H. WILLIS,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANN B. BARNHARDT,<br><br>    Defendant.<br>_____/ | No. C 02-03670 JSW<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Granting Defendant's Cross-Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment, Judgment is HEREBY ENTERED in favor of Defendant.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: May 9, 2005

                                                                                      /s/ Jeffrey S. White<br>
                                                                                     JEFFREY S. WHITE<br>
                                                                                     UNITED STATES DISTRICT JUDGE