IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VARIAN H. WILLIS,

    Plaintiff,

v.

JO ANN B. BARNHARDT,

    Defendant.
_____/

No. C 02-03670 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On May 18, 2005, David B. Willis ("Mr. Willis"), the executor of Plaintiff Varian Willis' estate, filed a motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e). The Court HEREBY ORDERS that the Commissioner of the Social Security Administration shall file and serve an opposition to Mr. Willis' motion by no later than June 3, 2005. Mr. Willis may file and serve a reply brief by no later June 10, 2005.

**IT IS SO ORDERED.**

Dated: May 18, 2005

    /s/ Jeffrey S. White
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE